JS-6

KARIN L. BOHMHOLDT (SBN 234929)
(Email: bohmholdtk@gtlaw.com)
MATTHEW R. GERSHMAN (SBN 253031)
(Email: gershmanm@gtlaw.com)
ALANA C. SROUR (SBN 271905)
(Email: sroura@gtlaw.com)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Telephone:  (310) 586-7700
Facsimile:   (310) 586-7800
*Attorneys for Defendant WINCO FOODS, LLC*

AMY B. VANDEVELD (SBN 137904)
(Email: abvandeveldesq@hotmail.com)
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, CA 92101
Telephone: (619) 231-8883
Facsimile: (619) 231-8329
*Attorney for Plaintiff LYNDA BUTLER*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LYNDA BUTLER,<br><br>       Plaintiff,<br><br>v.<br><br>WINCO FOODS, LLC, et al.,<br><br>       Defendants. | CASE NO. ED CV12-980 PA (DTBx)<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Defendant WinCo Foods, LLC and Plaintiff Lynda Butler hereby stipulate to dismiss with prejudice this action in its entirety.  Each party will bear its own costs.

Respectfully submitted,

DATED:  April 21, 2016  LAW OFFICES OF AMY B. VANDEVELD

By   /s/ Amy B. Vandeveld
Attorneys for Plaintiff
LYNDA BUTLER

DATED:  April 21, 2016  GREENBERG TRAURIG, LLP

By   /s/ Alana C. Srour
Attorneys for Defendant
WINCO FOODS, LLC

*Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Amy B. Vandeveld, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.*

By: /s/ Alana C. Srour

IT IS SO ORDERED

Dated   April 21, 2016

_____
United States District Judge

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

OC 287542731v1